# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **GLEN DALE NELSON #131422/42447** | **CIVIL ACTION NO. 23-cv-644 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TRAVIS DAY** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 7] previously filed herein, and having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Glen Dale Nelson's Petition for Writ of Habeas Corpus, [Doc. No. 1], is **DENIED and DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d).

**MONROE, LOUISIANA**, this 21st day of August 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE